The Honorable Ricardo S. Martinez

1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

ALIREZA SADRITABRIZI,

          Defendant.

NO. CR16-203 RSM

ORDER GRANTING DEFENDANT
SADRITABRIZI'S UNOPPOSED
MOTION TO SEAL DEFENDANT
SADRITABRIZI'S SENTENCING
MEMORANDUM

This Court has considered Defendant Sadritabrizi's Unopposed Motion to Seal Defendant Sadritabrizi's Sentencing Memorandum, this proposed form of Order, and the records and pleadings already on file.  It is therefore

ORDERED that Defendant Sadritabrizi's Unopposed Motion to Seal Defendant Sadritabrizi's Sentencing Memorandum is GRANTED and that Defendant Sadritabrizi's Sentencing Memorandum shall remain under seal.

Dated this 1 day of November 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT
SADRITABRIZI'S UNOPPOSED MOTION TO SEAL
DEFENDANT SADRITABRIZI'S SENTENCING
MEMORANDUM – 1

sadritabrizi 16-203 def.seal.docx



1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501