# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>       v.<br><br>ALIREZA SADRITABRIZI,<br><br>                      Defendant. | NO. CR16-203 RSM<br><br>ORDER STRIKING STANDARD CONDITION OF SUPERVISION NUMBER THREE FROM JUDGMENT |

This Court has considered the Unopposed Motion to Strike Standard Condition of Supervision Number Three from the Judgment, this proposed form of Order, and the records and pleadings already on file. It is therefore

ORDERED that the Unopposed Motion to Strike Condition Number Three of the Standard Conditions of Supervision in the Judgment is GRANTED. Standard Condition Number Three of the Conditions of Supervision is stricken from the Judgment in this matter. Mr. Sadritabrizi is permitted to travel outside the district of his residence, and internationally, without seeking prior approval from this Court or his probation officer.

//
//
//
//

ORDER STRIKING STANDARD CONDITION OF
SUPERVISION NUMBER THREE FROM
JUDGMENT – 1

Sadritabrizi CR16-203.ord-Strike Standard Condition No. 3.docx

| skellenger bender |

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

Dated this 9th day of November 2017.

                                         *[signature]*

                                    RICARDO S. MARTINEZ
                                  CHIEF UNITED STATES DISTRICT JUDGE

ORDER STRIKING STANDARD CONDITION OF SUPERVISION NUMBER THREE FROM JUDGMENT – 2

Sadritabrizi CR16-203.ord-Strike Standard Condition No. 3.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501